UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Roger James Silverio Jr

Case No. 25-16856-SMG
Chapter 13

Debtor.

---

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") files its Objection to Confirmation of the Debtor's First Amended Chapter 13 Plan (ECF No. 23) and states:

1. Secured Creditor holds a first mortgage security interest in the Debtor's real property located at 6200 Southwest 16th Street, North Lauderdale, Florida 33068 (the "Property"). The mortgage secures a note in the amount of $261,250.00.

2. Secured Creditor filed a Proof of Claim 3-1 on August 26, 2025, evidencing arrears in the amount of $86,815.71.

3. Pursuant to Proof of Claim 3-1, the monthly mortgage payment should be $2,026.16.

4. On August 28, 2025, Debtor filed an Amended Chapter 13 Plan with this Court. The Plan proposes a MMM adequate protection post-petition payment in the amount of $1,600.00 for months one through sixty (1-60) paid to the Trustee. Debtor's Plan does not include any pre-petition arrearage owed to Secured Creditor.

5. The First Amended Plan, as proposed, does not provide any arrears owed to Secured Creditor and is based off a Mediation that has not occurred and may not result in a Modification. No Motion for Mediation has been filed at the time of filing this Objection.

6. As a result of the foregoing, the Debtor's First Amended Chapter 13 Plan is not confirmable as the Plan fails to provide for the full claim of Secured Creditor Pursuant to §1325(a)(5)(B)(ii) of the Bankruptcy Code. As such, Secured Creditor objects to the confirmation of the Debtor's Chapter 13 Plan.

**WHEREFORE**, Wherefore, Secured Creditor, respectfully requests confirmation of the Debtor's First Amended Chapter 13 Plan be denied until such time as Debtor proposes to pay back the total arrearages due and owing and correct monthly post-petition payment amount.

Dated: September 4, 2025

Respectfully submitted,

/s/ Leslie Rushing

Leslie Rushing, Esq.
Florida Bar No. 98106
Hill Wallack LLP
Attorney for Secured Creditor
300 S Orange Ave, Suite 1000
Orlando, FL 32801
Telephone: 561-858-2661
Email: lrushing@hillwallack.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail this 4th day of September, 2025

**VIA FIRST CLASS MAIL**
Roger James Silverio Jr
6200 SW 16 St
N Lauderdale, FL 33068

**VIA CM/ECF NOTICE**
Debtor's Attorney
Conwade D. Lewis, Esq.
3890 West Commercial Blvd Ste#225
Tamarac, FL 33309
vwlewis@aol.com

Trustee
Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

United States Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar No. 98106
Hill Wallack LLP
Attorney for Secured Creditor
300 S Orange Ave, Suite 1000
Orlando, FL 32801
Telephone: 561-858-2661
Email: lrushing@hillwallack.com