**Fill in this information to identify the case:**

Debtor 1 Roger James Silverio Jr

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of Florida
Fort Lauderdale Division

Case number 25-16856-SMG

**Official Form** 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3

**Court claim no.** (if known): 3

| | |
|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: 5910 | **Date of payment change:**<br>Must be at least 21 days after date of this notice 11/01/2025 |
| | **New total payment**<br>Principal, interest, and escrow if any $2164.65 |

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

| | |
|---|---|
| **Current escrow payment:** $ | **New escrow payment** $ |

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ____________________

| | |
|---|---|
| **Current interest rate:** 2% | **New interest rate:** 3% |
| **Current principal balance and interest payment:** $814.60 | **New principal and interest payment:** $953.09 |

## Part 3: Other payment change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

| | |
|---|---|
| **Current mortgage payment: $**____________ | **New mortgage payment: $**____________ |

Debtor 1 Roger James Silverio Jr
First Name Middle Name Last Name

Case number (if known) 25-16856-SMG

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Leslie Rushing

Date: 10/07/2025

Print: Leslie Rushing, Esq.

Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 300 S. Orange Avenue, Suite 300

Orlando, Florida 32801
City State Zip Code

Contact: 561-858-2661

Email: lrushing@hillwallack.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of October 2025, a copy of the foregoing Notice of Mortgage Payment Change was caused to be served via CM/ECF electronic filing or via First Class

U.S. Mail upon the following:

**Via CM/ECF Electronic Notice**

Conwade D. Lewis, Esq.
3890 West Commercial Blvd
Ste#225
Tamarac, FL 33309
vwlewis@aol.com
**Debtor's Counsel**

Robin R. Weiner
Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
auto-forward-ecf@ch13weiner.com
**Trustee**

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
**U.S. Trustee**

**Via First Class U.S. Mail, Postage Prepaid**

Roger James Silverio Jr
6200 SW 16 St
N Lauderdale, FL 33068
**Debtor**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/ Leslie Rushing, Esq.
FL Bar 98106
Hill Wallack LLP
Attorney for Secured Creditor
300 S Orange Ave, Suite 1000
Orlando, FL 32801
Phone: 561-858-2661
Fax: 609-452-1888
Email: LRushing@hillwallack.com

shellpoint®

[redacted]

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

[redacted]

ROGER J SILVERIO
3890 W COMMERCIAL BLVD STE 22
TAMARAC FL 33309-3319

**CONTACT INFORMATION**

**Correspondence:** P.O. Box 10826
Greenville, SC 29603-0826
**Business Hours:** **Monday - Friday:** 8:00AM-9:00PM
**Saturday:** 10:00AM-2:00PM
**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
**Website:**

08/18/2025

Loan Number:
Property Address: 6200 SOUTHWEST 16TH STREET
NORTH LAUDERDALE, FL 33068

**IMPORTANT NOTICE – INTEREST RATE AND MORTGAGE PAYMENT CHANGES**

**Mortgage Modification Reminders**

We want to remind you about some important terms of your modification. Per the modification agreement, your loan is subject to interest rate adjustment(s) until it reaches its interest cap rate, which was based on the market interest rate as of the date that the modification agreement was prepared.

**Modification Payment Information**

The table below shows the schedule of adjustments to your current interest rate and estimated future changes to your monthly mortgage payment(s).

| MONTHS | INTEREST RATE | INTEREST RATE CHANGE DATE | MONTHLY PRINCIPAL AND INTEREST PAYMENT AMOUNT | ESTIMATED MONTHLY ESCROW PAYMENT AMOUNT* | TOTAL ESTIMATED MONTHLY PAYMENT AMOUNT* | MONTHLY PAYMENT BEGINS ON |
|---|---|---|---|---|---|---|
| 36 | 2% | 10/01/2022 | $814.60 | $963.42 | $1,778.02 | 11/01/2022 |
| 12 | 3% | 10/01/2025 | $953.09 | $963.42 | $1,916.51 | 11/01/2025 |
| 12 | 4% | 10/01/2026 | $1,099.87 | $963.42 | $2,063.29 | 11/01/2026 |
| 12 | 5% | 10/01/2027 | $1,253.66 | $963.42 | $2,217.08 | 11/01/2027 |
| 222 | 5.25% | 10/01/2028 | $1,292.79 | $963.42 | $2,256.21 | 11/01/2028 |

*Your total estimated monthly payment amount includes an escrow amount for property taxes, hazard insurance, and other escrowed expenses (if applicable), which may change your total monthly payment. The escrow payment amounts shown are based on the current data and present a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law. Your total estimated monthly payment amount is calculated by adding the monthly principal, interest, and escrow payment amount.

**Mortgage Assistance**

We remain committed to helping homeowners. If you are concerned or anticipate challenges with your new monthly payments, contact us right away at 800-365-7107 Monday through Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM ET.

HUD-approved counselors are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ or call 1-800-569-4287 to find a counseling agency in your area that can offer free

foreclosure prevention services. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.

For more information and frequently asked questions, visit our website at www.shellpointmtg.com.

We will send you a reminder closer to the date of the adjustment.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

shellpoint®

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
For Inquiries: 800-365-7107

Analysis Date: June 18, 2025
Loan:
Property Address:
6200 SOUTHWEST 16TH STREET
NORTH LAUDERDALE, FL 33068

ROGER J SILVERIO
6200 SW 16TH ST
NORTH LAUDERDALE FL 33068

## Annual Escrow Account Disclosure Statement - Account History

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul01, 2025 |
|---|---|---|
| P & I Pmt: | $814.60 | $814.60** |
| Escrow Pmt: | $0.00 | $1,211.56 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $2,255.64 | $2,026.16 |

| Prior Esc Pmt | March 01, 2025 |
|---|---|
| P & I Pmt: | $814.60 |
| Escrow Pmt: | $0.00 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $814.60 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | February 01, 2023 |
| Escrow Balance: | $8,480.93 |
| Anticipated Pmts to Escrow: | $0.00 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $8,480.93 |

| Shortage/Overage Information | Effective Jul01, 2025 |
|---|---|
| Upcoming Total Annual Bills | $14,538.73 |
| Required Cushion | $2,423.12 |
| Required Starting Balance | $8,480.93 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 2,423.12. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 2,423.12 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from June 2025 to June 2025. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 8,480.93 | (37,631.97) |
| | | | | | Anticipated Transactions | 8,480.93 | (37,631.97) |
| Jun 2025 | | P | | | | | (37,631.97) |
| | $0.00 | $0.00 | $0.00 | $0.00 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing
For Inquiries: 800-365-7107

Analysis Date: June 18, 2025
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account
Your unpaid pre-petition escrow Amount is $46,112.90. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $46,112.90, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $46,112.90.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 8,480.93 | 8,480.93 |
| Jul 2025 | 1,211.56 | | | 9,692.49 | 9,692.49 |
| Aug 2025 | 1,211.56 | 884.00 | Flood | 10,020.05 | 10,020.05 |
| Sep 2025 | 1,211.56 | | | 11,231.61 | 11,231.61 |
| Oct 2025 | 1,211.56 | | | 12,443.17 | 12,443.17 |
| Nov 2025 | 1,211.56 | 2,490.77 | County Tax | 11,163.96 | 11,163.96 |
| Dec 2025 | 1,211.56 | | | 12,375.52 | 12,375.52 |
| Jan 2026 | 1,211.56 | 11,163.96 | Hazard | 2,423.12 | 2,423.12 |
| Feb 2026 | 1,211.56 | | | 3,634.68 | 3,634.68 |
| Mar 2026 | 1,211.56 | | | 4,846.24 | 4,846.24 |
| Apr 2026 | 1,211.56 | | | 6,057.80 | 6,057.80 |
| May 2026 | 1,211.56 | | | 7,269.36 | 7,269.36 |
| Jun 2026 | 1,211.56 | | | 8,480.92 | 8,480.92 |
| | $14,538.72 | $14,538.73 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 8,480.93. Your starting balance (escrow balance required) according to this analysis should be $8,480.93. Your Escrow account has neither a shortage or a surplus.

We anticipate the total of your coming year bills to be 14,538.73. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $1,211.56 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $1,211.56 |

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource(800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected

in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas