**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 25-16856-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ROGER JAMES SILVERIO, JR
XXX-XX-6673

DEBTOR /

# NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is **delinquent under the confirmed Chapter 13 plan in the amount of $5683.00. This amount does not include payments due after the date of this Notice.**

The Debtor shall have forty-five (45) days from the date of this Notice to remit the entire amount listed above to the Chapter 13 Trustee ("Trustee"). If the Trustee does not receive the entire payment no later than **January 23, 2026**, the Trustee may file and serve a Report of Non-Compliance. In the event the Trustee files a Report of Non-Compliance, the case will be dismissed without further notice or hearing.

In the alternative, if the Trustee files a Report of Compliance, the Debtor is required to continue making timely payments until completion of the plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 9th day of December 2025.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
ROGER JAMES SILVERIO, JR
6200 SW 16 ST
N LAUDERDALE, FL 33068

**ATTORNEY FOR DEBTOR**
CONWADE D. LEWIS, ESQUIRE
3890 W. COMMERCIAL BLVD, SUITE 225
TAMARAC, FL 33309