**Fill in this information to identify the case:**

Debtor 1 Roger James Silverio Jr

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
(State)

Case number 25-16856-SMG

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 1 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 8/26/25 | (5) | $ 525.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:________ | | (10) | $ |
| 11. Other. Specify:________ | | (11) | $ |
| 12. Other. Specify:________ | | (12) | $ |
| 13. Other. Specify:________ | | (13) | $ |
| 14. Other. Specify:________ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Roger James Silverio Jr
First Name Middle Name Last Name

Case number (*if known*) 25-16856-SMG

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Leslie Rushing
Signature

Date 1 / 16 / 2026

Print: Leslie Rushing
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Hill Wallack LLP

Address 300 S Orange Ave, Suite 1000
Number Street
Orlando, FL 32801
City State ZIP Code

Contact phone (561) 858 – 2661

Email lrushing@hillwallack.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16 day of January, 2026, a copy of the foregoing was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**Via CM/ECF Electronic Notice**

Conwade D. Lewis, Esq.
3890 West Commercial Blvd
Ste#225
Tamarac, FL 33309
Email: vwlewis@aol.com
**Debtor's Counsel**

Robin R Weiner
Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
auto-forward-ecf@ch13weiner.com
**Trustee**

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov
**U.S Trustee**

**Via First Class U.S. Mail, Postage Prepaid**

Roger James Silverio Jr
6200 SW 16 St
N Lauderdale, FL 33068
**Debtor**

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/ Leslie Rushing
Leslie Rushing, Esq.
FL Bar 0098106
Hill Wallack LLP LLP
Attorney for Secured Creditor
300 S. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: 561-858-2661
Fax: 609-452-1888
Email: lrushing@hillwallack.com